1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  MARC JERDE, individually and on behalf of all
   others similarly situated,

10                                                    Case No. 2:25-cv-01496

11                                     Plaintiff,     STIPULATED MOTION AND ORDER
                                                      TO EXTEND TIME FOR DEFENDANT
                                                      BYLT, LLC, TO RESPOND TO
12     v.                                             COMPLAINT

13  BYLT LLC, a California Company,                   NOTE ON MOTION CALENDAR:
                                                      August 11, 2025
14                                    Defendants.

15

16          Plaintiff Marc Jerde and Defendant BYLT, LLC ("Defendant" or "BYLT"), the parties

17  in the above-captioned case, through their respective counsel of record, stipulate that Defendant

18  shall have until September 5, 2025 to answer or otherwise respond to Plaintiff's complaint.

19  Defendant's answer or responsive motion is currently due to this Court on August 15, 2025,

20  pursuant to Fed. R. Civ. P. 81(c).

21          1.      On or about July 2, 2025, plaintiff Marc Jerde ("Plaintiff") filed a putative class

22  action complaint against BYLT captioned *Jerde v. BYLT, LLC, a California corporation* in King

23  County Superior Court.

24          2.      On July 28, 2025, King County Superior Court Judge Mark Larrañaga found good

25
26  cause for and issued an Order granting Plaintiff and Defendant's Stipulated Motion to Extend Time

STIPULATED MOTION & ORDER TO
EXTEND TIME FOR DEFENDANT BYLT,
LLC, TO RESPOND TO COMPLAINT - 1

1    to Answer or Otherwise Respond to the Complaint, extending Defendant's deadline to respond to

2    the operative Complaint to September 5, 2025.

3            3.      On August 8, 2025, Defendant filed a Notice of Removal to this Court.

4            4.      The deadline for Defendant to answer or otherwise respond to the Complaint in this

5    Court is August 15, 2025, pursuant to Fed. R. Civ. P. 81(c).

6            5.      The Parties have conferred and have agreed to extend the Defendant's deadline

7    to answer or otherwise respond to the Complaint to September 5, 2025, and consent to the entry

8    of the attached proposed order.

9

10

11   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

12           DATED August 12, 2025.

13

14   K&L GATES LLP                                    CROSNER LEGAL, PC

15   By:  s/ Peter A. Talevich                        By   s/ Zachary M. Crosner
         Peter A. Talevich, WSBA #42644                  Zachary M. Crosner, WSBA#61644
         Abraham M. Weill, WSBA #58663                   Craig W. Straub, Pro Hac Vice Pending
16       Joseph Wylie, Pro Hac Vice Pending          92 Lenora Street #179
         Nicole Mueller, Pro Hac Vice Pending        Seattle, WA  98121
17   925 Fourth Ave., Suite 2900                     Telephone:  (866) 276-7637
     Seattle, WA 98104-1158                          Email: zach@crosnerlegal.com
18   Telephone:  (206) 623-7580                              craig@crosnerlegal.com
     Email: peter.talevich@klgates.com
19          abe.weill@klgates.com                    *Attorneys for Plaintiff Marc Jerde*

20   *Attorneys for Defendant Bylt, LLC*

21

22

23

24

25

26

**ORDER**

Pursuant to the parties' stipulation, it is so ordered. Defendant BYLT, LLC is directed to answer or otherwise respond to Plaintiff Marc Jerde's complaint on or before September 5, 2025.

DATED this 12th day of August, 2025.

_John H. Chun_____

John H. Chun
United States District Judge

STIPULATED MOTION & ORDER TO
EXTEND TIME FOR DEFENDANT BYLT,
LLC, TO RESPOND TO COMPLAINT - 3