UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARC JERDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BYLT LLC, a California Company,<br><br>Defendant. | Case No. 2:25-cv-01496-JHC<br><br>ORDER |

This matter comes before the Court on Defendant BYLT LLC's Motion to Dismiss for Failure to State a Claim.  Dkt. # 15.  The Court has considered the materials filed in support of and in opposition to the motion, pertinent portions of the record, and the applicable law. Being fully advised, the Court ORDERS as follows:

Defendant says that the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 (the CAN-SPAM Act) preempts Plaintiff's claim under Washington's Commercial Electronic Mail Act, RCW 19.190 *et seq.* (CEMA).  Other courts in this District, however, have rejected this theory.  *See Kempf v. Fullbeauty Brands Operations, LLC*, C25-1141-TSZ, Dkt. # 47 at 10-12 (W.D. Wash. February 12, 2026)[1]; *Ma v. Nike, Inc.*, ___ F.

---

[1] The Court is monitoring the Article III standing and amount-in-controversy issues pending in

ORDER - 1

Supp. 3d ___, 2026 WL 100731 *2-3 (W.D. Wash. Jan. 14, 2026); *Harrington v. Vineyard Vines, LLC*, ___ F. Supp. 3d ___, 2025 WL 3677479 *1 (W.D. Wash. Dec. 18, 2025), reconsideration denied, 2026 WL 125134 (W.D. Wash. Jan. 16, 2026).  The Court agrees with these courts' analyses and that Plaintiff has adequately pleaded a CEMA claim.  Thus, the Court DENIES the motion.

DATED this 13th day of February, 2026.

John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

---

this matter.  *See Kempf*, C25-1141-TSZ, Dkt. # 48; *see also Nuri v. True Religion Apparel*, 25-690-LK Dkt. 49 (regarding standing).  Each of the parties is DIRECTED to alert the Court—e.g., through a motion—if it is believed that subject matter jurisdiction is lacking in this matter.

ORDER - 2